IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ALVARO YUCAILLA CURICAMA, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| | § | |
| TODD BLANCHE, Acting Attorney | § | |
| General; MARKWAYNE MULLIN, | § | |
| Secretary, U.S. Department of Homeland | § | CIVIL ACTION NO. 9:26-CV-00567 |
| Security; DAVID VENTURELLA, Acting | § | JUDGE MICHAEL J. TRUNCALE |
| Director of Immigration and Customs | § | |
| Enforcement; DAVID EASTERWOOD, | § | |
| Acting Director, St. Paul Field Office | § | |
| Immigration and Customs Enforcement; | § | |
| and WARDEN, Sheriff of IAH Polk | § | |
| Secure Adult Detention Center, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER REGARDING ADMISSION

On or about July 21, 2026, Petitioner filed his Verified Petition for Writ of Habeas Corpus in the United States District Court for the District of Minnesota. [Dkt. 1]. This matter was subsequently transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 8]. At the time of transfer, counsel for Petitioner, Patrick F. Hellier, and counsel for Respondents, Carl H. Berry, were not admitted to practice in the Eastern District of Texas. On July 30, 2026, the Clerk contacted Mr. Hellier and Mr. Berry with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Patrick F. Hellier and Carl H. Berry take the necessary steps to appear on behalf of their respective clients either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **August 14, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to counsel via Email as follows:

phellier@zimmigration.com
carl.berry@usdoj.gov.

**SIGNED this 31st day of July, 2026.**

_____
Michael J. Truncale
United States District Judge

2